UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-cv-294

| | | |
|---|---|---|
| NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida non-profit corporation, and DENISE PAYNE, Individually, Plaintiffs, | ) ) ) ) ) ) | |
| vs. | ) ) ) | **ORDER EXTENDING DEADLINE FOR COMPLETION OF MEDIATION** |
| FLAGLER HOLDINGS NORTH CAROLINA, INC., a North Carolina corporation, d/b/a Glenwood Square, Defendant. | ) ) ) ) | |

Upon application of the Defendant, Flagler Holdings North Carolina, Inc., a North Carolina corporation, d/b/a Glenwood Square, and after review of Defendant's Request for extension of deadline for Mediated Settlement Conference, and before the expiration of the deadline to conduct the Mediated Settlement Conference, and for good cause shown:

It is, hereby, ORDERED that the deadline for completion of the Mediated Settlement Conference be extended through and including June 30, 2011.

This the 21 day of April, 2011.

_____
U.S. District Court Judge
Eastern District of North Carolina